## STATE OF INDIANA *v.* TRUEBLOOD ET AL.

[No. 3,181.    Filed October 10, 1899.]

From the Lawrence Circuit Court.    *Affirmed.*

*W. L. Taylor*, Attorney-General, and *J. A. Zaring*, for State.

*Matson & Giles, Edwards & Edwards* and *Hottel & Lawler*, for appellees.

WILEY, J.—The record in this case presents the same question as in case of *State* v. *Trueblood, ante,* 31, and upon the authority of that decision, the judgment is affirmed.

## THE FIDELITY TRUST & SAFETY VAULT COMPANY, RECEIVER, ETC., *v.* THE CITY OF ALEXANDRIA.

[No. 3,049.    Filed October 26, 1899.]

From the Madison Superior Court.    *Affirmed.*

*J. W. Lovett* and *F. E. Holloway*, for appellant.

*F. A. Walker, F. P. Foster* and *J. A. May*, for appellee.

HENLEY, J.—The questions presented by the record in this case are essentially the same as are presented in the case of *DePauw Plate Glass Co.* v. *City of Alexandria*, 152 Ind. 443. Upon the authority of that case, the judgment of the lower court in this cause is affirmed.